ORDER:
Motion granted. The ICMC is reset to February 5, 2013, at 10:30 a.m. by telephone. Defendant's counsel shall initiate the conference call to the Court at 615-736-7344.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| JOHN JOHNSON, | ) | |
| | ) | *E. Clifton Knowles* |
| Plaintiff, | ) | |
| | ) | U.S. Magistrate Judge |
| v. | ) | No. 3:12-cv-0941 |
| | ) | Campbell/Knowles |
| MUTUAL OF OMAHA INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**JOINT MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND
FOR TELEPHONIC PARTICIPATION**

_____

The parties, by counsel, submit this joint motion to continue the Case Management Conference currently scheduled for January 15, 2013. For cause, the parties would show that counsel for Defendant recently became involved in the case and needs time to learn about the matter. In addition, the initial Case Management Conference date was set before Defendant's counsel became involved in the case, and the current date conflicts with his schedule.

The Court has advised that the following dates are available for the rescheduling of the Case Management Conference:

        January 22 at 10:00, 10:30 or 11:00
        January 24 at 11:00
        January 28 at 11:00
        January 29 at 10:30 or 11:00
        February 5 at 10:30 or 11:00
        February 6 at 10:00 or 10:30

Of these dates, the parties ask to reschedule the Case Management Conference either to **February 5, 2013**, or **February 6, 2013**.

1