UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN JOHNSON, | ) | |
| Plaintiff, | ) ) | CASE NO. 3:12-0941 |
| v. | ) ) | JUDGE CAMPBELL |
| NATIONWIDE EXPRESS, INC., | ) ) | MAGISTRATE JUDGE KNOWLES |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, JOHN JOHNSON, hereby voluntarily dismisses this matter without prejudice, without costs and without fees, as to the Defendant, NATIONWIDE EXPRESS, INC., only.

DATED: January 15, 2013  Respectfully submitted,

**FOY LAW GROUP, P.A.**


/s/ Robert J. Foy
ROBERT J. FOY, BPR #025919
Attorney for Plaintiff
620 North Walnut Street
Murfreesboro, TN 37130
P: 615.895.0332
F: 615.895.0334

## CERTIFICATE OF SERVICE

        I hereby certify that on January 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mark M. Bell | Cameron S. Hill |
| Waller Lansden Dortch & Davis, LLP | Baker Donelson |
| 511 Union Street, Suite 2700 | 1800 Republic Centre |
| Nashville, TN 37219 | Chattanooga, TN 37450 |
| Attorney for Nationwide Express, Inc. | Attorney for Mutual of Omaha |

        /s/ Robert J. Foy
        ROBERT J. FOY