IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN JOHNSON | ) |
| | ) |
| v. | ) NO. 3-12-0941 |
| | ) JUDGE CAMPBELL |
| MUTUAL OF OMAHA INS. CO. | ) |

ORDER

Plaintiff has filed a Notice of Dismissal without Prejudice (Docket No. 42). Plaintiff seeks to voluntarily dismiss Defendant Nationwide Express, Inc. Nationwide Express, Inc. is no longer a Defendant in this case, having been terminated when Plaintiff filed his Second Amended Complaint (Docket No.32), which named only one Defendant, Mutual of Omaha Insurance Company.

Accordingly, the Notice of Dismissal (Docket No. 42) is moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE