UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN JOHNSON )
)
v. ) NO. 3:12-0941
) JUDGE CAMPBELL
MUTUAL OF OMAHA INS. CO. )

ORDER

Pursuant to Order (Docket No. 59), the Court was advised that the parties have settled this case and were granted until February 10, 2014 to file their agreed order of dismissal. Pursuant to Order (Docket No. 63) entered February 18, 2014, the Court granted the parties an extension until March 3, 2014 to file their agreed order of dismissal, which they have failed to do.

Accordingly, the Clerk is directed to close this case. This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE