UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN JOHNSON | ) | |
| | ) | |
| v. | ) | NO. 3:12- 0941 |
| | ) | JUDGE CAMPBELL |
| MUTUAL OF OMAHA INS. CO. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/5/2014

      KEITH THROCKMORTON, CLERK
      s/Elaine J. Hawkins, Deputy Clerk